UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                        CASE No. 8:21-mj-1147-TGW

PAUL ALLARD HODGKINS

---

### ORDER OF RELEASE

It is hereby ORDERED:

1.   That the conditions of release are hereby established as set forth below.

2.   That the United States Marshal is hereby directed to release the above-named defendant upon his agreement, in writing, to comply with the following conditions of release.

DONE and ORDERED at Tampa, Florida, this 16th day of February, 2021.

THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE

<u>CONDITIONS OF RELEASE</u>

1.   The defendant must appear before the Court in accordance with all notices.

2.   The defendant must not, at any time, for any reason whatsoever, leave the Middle District of Florida without written permission from the District Court for the District of Columbia.

3.   The defendant must not change his present address without first notifying in writing the Clerk of Court of the U.S. District Court for the District of Columbia.

4.   The defendant shall not commit a federal, state or local crime during the period of his release. The defendant shall not possess any controlled substances. The defendant shall inform the Pretrial Services Agency in the Middle District of Florida **immediately** if arrested or otherwise charged with any offense.   The defendant is specifically advised that federal law prohibits conduct relating to intimidation of witnesses, jurors and officers of the Court (18 U.S.C. 1503); conduct relating to obstruction of criminal investigations (18 U.S.C. 1510); conduct involving tampering with witnesses, victims or informants (18 U.S.C. 1512); and conduct involving retaliation against a witness, victim or informant (18 U.S.C. 1513), as well as attempts to commit any of the foregoing acts.

5.   **SPECIAL CONDITIONS:**

(a) The defendant shall report by telephone (813-865-9408) to Pretrial Services by telephone every **Tuesday** no later than **4:00 P.M**, except when appearing in court in the District of Columbia.

(b) The defendant shall surrender his passport.

(c)   The defendant shall provide a DNA specimen on the request of law enforcement.

(d)   The defendant is prohibited from traveling to the District of Columbia except to appear in court.

(e)   The defendant shall not possess firearms or ammunition.

(f) The defendant shall participate in electronic monitoring under the supervision of the Pretrial Services Office and shall abide by all the requirements of the program.   The defendant may be required to pay all or part of the cost of the program

-2-

based on his ability to pay as determined by the Pretrial Services Office.

(g)   Curfew: The defendant shall remain in his residence between the hours of 1:30 a.m. and 1:00 p.m.

6.   A violation of any of the above conditions may result in the immediate issuance of a warrant for the defendant's arrest.

Further, upon arrest, the defendant may be detained in jail without the setting of new conditions of release or, if new conditions of release are established, those conditions will, in all likelihood, be significantly greater than the conditions previously established.

Moreover, a person who violates his conditions of release may be prosecuted for contempt of Court.

7.   A defendant commits a separate offense against the laws of the United States if, after having been released under these conditions of release, she knowingly fails to appear before a Court as required by the conditions of release, or knowingly fails to surrender for service of a sentence pursuant to a court order.   If a person fails to appear in connection with --

(a)  an offense punishable by death, life imprisonment or imprisonment for a term of 15 years or more, the penalties for failure to appear are a $250,000 fine, or imprisonment for not more than 10 years, or both;

(b)  an offense punishable by imprisonment for a term of five or more years, but less than 15 years, the penalties for failure to appear are a fine of not more than $250,000, or imprisonment for not more than five years, or both;

(c)  any other felony, the penalties for failure to appear are a $250,000 fine, or imprisonment for not more than two years, or both;

(d)  a misdemeanor, the penalties for failure to appear are a $100,000 fine (if the offense occurred after November 1, 1987), or a $25,000 fine (if the offense occurred before November 1, 1987), or imprisonment for not more than one year, or both.

At the present time, the charge in this case involves penalties which equal or exceed the penalty set forth in subparagraph (a), and therefore, the penalties for failure to appear are those conditions in that subparagraph.

Any term of imprisonment imposed for failure to appear is required by law to be consecutive to the sentence of imprisonment for any other offense.

Furthermore, federal law provides that a person convicted of an offense which is committed while the defendant is released under these conditions of release shall be sentenced, in addition to the sentence prescribed for the offense, to a term of imprisonment of not more than 10 years if the offense is a felony; or a term of not more than one year, if the offense is a misdemeanor.   Any term of imprisonment imposed pursuant to this provision of law is to be consecutive to any other term of imprisonment.

I acknowledge that I have read the above or that the above has been read to me and that I fully understand the conditions of my release and the possible penalties for the violation of any of those conditions.

I further acknowledge that I have been given a copy of this instrument.

Signed at Tampa, Florida, this _16_ day of February, 2021.

_____        _____
WITNESS                                        DEFENDANT

1.   The Middle District of Florida consists of the following Florida counties: Baker, Bradford, Brevard, Charlotte, Citrus, Clay, Collier, Columbia, DeSoto, Duval, Flagler, Glades, Hamilton, Hardee, Hendry, Hernando, Hillsborough, Lake, Lee, Madison, Marion, Manatee, Nassau, Orange, Osceola, Pasco, Pinellas, Polk, Putnam, Sarasota, St. Johns, Seminole, Sumter, Suwannee, Union and Volusia.

2.   The telephone numbers and mailing address for the Clerk of the United States District Court for the Middle District of Florida, Tampa Division, are:  813/301-5400; and 801 North Florida Avenue, Second Floor, United States Courthouse, Tampa, FL 33602.

3.   The telephone number of the United States Marshal's Office for the Middle District of Florida, Tampa Division, is:  813/274-6401.

4.   The telephone number and mailing address of the United States Attorney for the Middle District of Florida, Tampa Division, are:  813/274-6000; and 400 Tampa Street, Suite 3200, Tampa, FL   33602.

5.   The telephone number and address of the United States Pretrial Services Agency, Tampa Division, are:  500 Zack Street, Room 301, Tampa, FL   33602; and 813/225-7648 (or 1/800/676-0125).

6. <u>NOTICE TO COUNSEL AND DEFENDANT</u>: In cases assigned to United States Magistrate Judge Thomas G. Wilson, any requests to travel outside the area set forth in this document must be submitted **in a written motion with a proposed order at least three (3) days** prior to the date upon which travel is expected to begin. Failure to comply with this requirement will result in automatic denial of the request unless a showing is made that an actual emergency situation exists, such as serious illness in the family.