UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   Case No. 8:21-mj-1147-TGW

PAUL ALLARD HODGKINS

_____

ORDER OF REMOVAL

The defendant, having been apprehended in the Middle District of Florida on an compliant out of the District of Columbia and subsequently released, is hereby ORDERED to appear via Zoom on February 24, 2021, at 1:00 p.m., before United States Magistrate Judge Robin M. Meriweather, United States District Court for the District of Columbia.

DONE and ORDERED at Tampa, Florida, this 18th day of February, 2021.

THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE